# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES DOE, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GOVERNOR THOMAS W. WOLF, et al.,** | : | |
| *Defendants.* | : | **NO. 20-2320** |

## O R D E R

**AND NOW,** this 10th day of June 2020, it having been stipulated and reported by counsel for Plaintiffs that the above-captioned matter be dismissed without prejudice (ECF No. 8), it is hereby **ORDERED** that the above action is **DISMISSED without prejudice**.

                                                 **BY THE COURT:**

                                                 /s/ **CHAD F. KENNEY**
                                                 _____
                                                 **CHAD F. KENNEY, JUDGE**